No. 00–860. CORRECTIONAL SERVICES CORP. *v.* MALESKO. C. A. 2d Cir. [Certiorari granted, 532 U. S. 902.] Motion of the

Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.